# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: **4:19-CR-00241-GAF(1)** |
| **AARON S DYE** | USM Number: **34271-045** |
| | <u>**Laine T Cardarella**</u><br>Defendant's Attorney |

**THE DEFENDANT:**

☒ Stipulated to violation of standard and special condition(s) of supervised release

The defendant is adjudicated guilty of these violations:

## VIOLATIONS

**Violation of Mandatory Condition, which reads, "You must not commit another federal, state or local crime."**

**Violation of Standard Condition, which reads, "If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours."**

**Violation of Mandatory Condition, which reads in part, "You must refrain from any unlawful use of a controlled substance."**

**Violation of Special Condition, which reads, "The defendant shall successfully participate in any outpatient or inpatient substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office.**

**Violation of Standard Condition, which reads, "You must follow the instructions of the probation officer related to the conditions of supervision."**

**Violation of Special Condition, which reads, "The defendant shall successfully participate in any outpatient or inpatient substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office."**

**Violation of Standard Condition, which reads, "You must follow the instructions of the probation officer related to the conditions of supervision."**

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If

DEFENDANT: AARON S DYE
CASE NUMBER: 4:19-CR-00241-GAF(1)

ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 8515

**October 1, 2025**
Date of Imposition of Judgment

Defendant's Year of Birth: 1985

s/ Gary A. Fenner
Signature of Judge

City and State of Defendant's Residence:

**GARY A. FENNER**
**SENIOR UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**October 1, 2025**
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

twenty four (24) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

DEFENDANT: AARON S DYE
CASE NUMBER: 4:19-CR-00241-GAF(1)

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **NO SUPERVISED RELEASE TO FOLLOW.**